**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------x
In re                                              :          Case No.  09-47035 (JF)
                                                   :
**HEUDRISS TURENNE &**                             :          Chapter 13 Plan
**REINA JOVIN**                                    :
                         Debtor(s).                :
------------------------------------------------------x

1.      The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) shall pay to the trustee, inclusive of trustee fees, for a total of 60 months, the sum of **$338** commencing September 17, 2009 through and including September 2014.

2.      From the payments so received, the trustee shall make disbursement as follows:

    a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507(a)(1) and (a) (8), including Chapter 13 Trustee's commissions, and any claims of the state and federal taxing authorities, if any.

    b) Pursuant to 11 U.S.C. §1325(a)(5)(C), the Debtors shall surrender their interest in the following properties:

| PROPERTY LOCATION: | MORTGAGE HOLDER: |
|---|---|
| 115-77 Springfield Blvd.<br>Cambria Heights, NY 11411-1135 | Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062-5170 |
| 2nd Mortgage: | Real Time Resolutions, Inc<br>Agent for Countrywide<br>Home Loans<br>1750 Regal Row, Suite 120<br>Dallas, Tx 75235 |
| 3123 Glenwood Rd<br>Brooklyn, NY 11210-2633 | Wachovia<br>PO Box 659568<br>San Antonio, TX 78265 |

    c) Holders of allowed secured claims encumbering the properties known as

        1. 240-06 142nd Avenue, Rosedale, NY 11422;
        2. 2159 Gerard Court, Port Charlotte, Fl 33952;
        3. 20720 NW 5th Street, Pembroke Pines, FL 33029; and

        4.   509 Jaclyn Circle, McDonough, GA 30253

shall retain the liens securing such claims and shall be paid as follows:

- ii. **ALL POST-PETITION PAYMENTS TO WACHOVIA** (240-06 142nd Avenue)**; BANK OF AMERICA (**2159 Gerard Court); **NATIONSTAR MORTGAGE** (20720 NW 5th Street); **EMC MORTGAGE** (509 Jaclyn Circle) **TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(s).**

- d) Subsequent to distribution to the Chapter 13 Trustee, the taxing authorities, and the secured creditors, dividends to unsecured creditors who claims are duly allowed shall be paid be paid *pro rata* from the balance of payments made under the Plan.

3.    All lease agreements are hereby assumed.

4.    During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c), <u>less than one hundred percent (100%)</u>, the debtors(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period.

5.    In addition to monthly payments tax refunds all tax refunds received by the Debtor(s) during the life of the Plan will be turned over to the Trustee for distribution to creditors.

6.    Title to the debtor(s) property, including real property, shall revest in the debtor(s) upon completion of the plan or dismissal of the case, <u>unless otherwise provided in the Order confirming this plan</u>. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500 without written consent of the Chapter 13 trustee or the Court.

/s/ Heudriss Turenne                            /s/ Reina Jovin

_____      _____
Heudriss Turenne                                    Reina Jovin
Debtor                                              Joint Debtor

                                                           /s/ Julio E. Portilla

September 29, 2009

_____      _____
Dated                                               Julio E. Portilla, Esq. (0690)
                                                           555 East 78th Street, Suite LI
                                                           New York, NY 10075
                                                           Tel. (347)-236-2043