# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NEW YORK

In re:  HEUDRISS TURENNE  
       REINA JOVIN  
            Debtor(s)

Case No.: 109-47035-JF

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marianne De Rosa, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/17/2009.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was converted on 12/03/2009.
6) Number of months from filing or conversion to last payment: 0.
7) Number of months case was pending: 5.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 17,577.57.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $.00 |

Attorney fees paid and disclosed by debtor: $3,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ASSOCIATION OF POINCIANA VILLAGES | Unsecured | 275.00 | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVICING, LP | Secured | 116,910.00 | NA | NA | .00 | .00 |
| BAC HOME LOANS SERVICING, LP | Secured | 403,259.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | 6,002.00 | NA | NA | .00 | .00 |
| CHASE | Unsecured | 540.00 | NA | NA | .00 | .00 |
| CHASE | Unsecured | 4,658.00 | NA | NA | .00 | .00 |
| CHASE | Unsecured | 44.00 | NA | NA | .00 | .00 |
| CHASE | Unsecured | 918.00 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE | Unsecured | 154,781.00 | NA | NA | .00 | .00 |
| CITIBANK | Unsecured | 12,283.00 | NA | NA | .00 | .00 |
| EMC MORTGAGE CORPORATION | Secured | 120,540.00 | NA | NA | .00 | .00 |
| MACYS | Unsecured | 126.00 | NA | NA | .00 | .00 |
| NATIONSTAR MORTGAGE | Secured | NA | 1,096.13 | 1,096.13 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: HEUDRISS TURENNE  
REINA JOVIN  
    Debtor(s)

Case No.: 109-47035-JF

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE | Unsecured | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MGMT LLC | Unsecured | 3,912.00 | 3,862.00 | 3,862.00 | .00 | .00 |
| PRA RECEIVABLES MGMT LLC | Unsecured | 1,245.00 | 1,195.95 | 1,195.95 | .00 | .00 |
| REAL TIME RESOLUTIONS, INC. | Secured | NA | 2,912.02 | 2,912.02 | .00 | .00 |
| RECOVERY MANAGEMENT SYSTEMS C | Unsecured | NA | NA | NA | .00 | .00 |
| THE HOME DEPOT/CBS | Unsecured | 26.00 | NA | NA | .00 | .00 |
| WACHOVIA MORTGAGE FSB | Secured | 343,029.00 | NA | NA | .00 | .00 |
| WACHOVIA MORTGAGE FSB | Secured | 467,634.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 4,008.15 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 4,008.15 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 5,057.95 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $.00 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 01/08/2010      By: /s/Marianne De Rosa  
                                                                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.