UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In re: Heudriss Turenne and
      Reina Jovin,

              Debtors.
-----------------------------------------------------X

**Hearing Date and Time:**
**May 4, 2010 at 10:00 a.m.**
Chapter 7
Case No. 1-09-47035-jf

### TRUSTEE'S STATEMENT OF NO OBJECTION TO
### WELLS FARGO BANK, N.A.'S
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO:  THE HONORABLE JEROME FELLER
       UNITED STATES BANKRUPTCY JUDGE

      Debra Kramer as Chapter 7 Trustee (the "Trustee") of the estate of Heudriss Turenne and Reina Jovin (the "Debtors"), submits this statement of no objection to Wells Fargo Bank, N.A.'s motion for relief from the automatic stay (the "Motion") with respect to real property owned by the Debtors located at 3123 Glenwood Road, Brooklyn, New York 11210 (the "Real Property").

      1.      At the Trustee's request, MYC & Associates Corp. ("MYC"), the Trustee's proposed auctioneers, inspected the Real Property.  Following MYC's inspection of the Real Property, MYC estimated the value of the Real Property to be in the $250,000.00 to $275,000.00 range.  Based upon the Trustee's investigation, MYC's estimated value of the Real Property, the representations contained in the Motion (inclusive of exhibits), the Affirmation of Kiyam J. Poulson, Esq., the Declaration of Robert Martinez in support of the Motion, and the Debtors' schedules, it appears that the Real Property has no equity from which to provide any benefit to the estate or to the

unsecured creditors. Accordingly, the Trustee has no objection to the relief requested in the Motion.

Dated: Great Neck, New York
April 30, 2010

                                                /s/Debra Kramer
                                                Debra Kramer (DK-5454)
                                                Chapter 7 Trustee
                                                98 Cutter Mill Road - Suite 466 South
                                                Great Neck, New York 11021
                                                Telephone: (516) 482-6300