UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In Re:

HEUDRISS TURENNE and
REINA JOVIN,

Debtors.
_____

Case No.: 09-47035-jf
(Chapter 7)

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

      Nationstar Mortgage, LLC, a secured creditor of Debtors, ("Secured Creditor") having moved this Court for an Order modifying the Automatic Stay in this proceeding by permitting said Secured Creditor to foreclose on the mortgage of premises commonly known as 20720 NW 5th Street, Pennbrooke Pines, FL 33029, of which the Debtors are ~~is~~ the owners of record, and

      The motion having come to be heard before this Court on the 27th day of April, 2010, and no opposition having been submitted by Debra Kramer, Esq., the Chapter 7 Trustee, by ~~Diana G. Adams, Esq.,~~ the U.S. Trustee, or by ~~Julio E. Portilla, Esq., counsel for~~ the Debtors, and due deliberation having been had, now

      Upon the Application of Secured Creditor dated March 23, 2010, having been prepared and filed by the Office of Steven J. Baum, P.C., counsel for Secured Creditor, together with proof of service upon all necessary parties, it is hereby

      ORDERED, that as to the Secured Creditor or its successors or assigns, the automatic stay is terminated, permitting it to foreclose or otherwise pursue its mortgage remedies and rights on the premises commonly known as 20720 NW 5th Street, Pennbrooke Pines, FL 33029; and it is further

ORDERED, that the Trustee retain any and all interest that said Trustee may have in any surplus monies that may be produced from a foreclosure sale of the property, and will be noticed of any such sale of the property and surplus monies.

DATED:   Brooklyn, New York
         April 29, 2010

                                             s/Jerome Feller
                                             Hon. JEROME FELLER
                                             United States Bankruptcy Judge